

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLENANT NICKLES            CIVIL ACTION

VERSUS                  NUMBER: 05-6295

JACK A. STEPHENS, ET AL      SECTION: "K"(5)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint be **DISMISSED WITH PREJUDICE** under 28 U.S.C. §1915(E)(2)(B)(i) and (ii). See Marts v. Hines, 117 F.3d 1504 (5th Cir. 1997)(en banc), cert. denied, 522 U.S. 1058, 118 S.Ct. 716 (1998).

New Orleans, Louisiana, this 20th day of July, 2006.

                                       UNITED STATES DISTRICT JUDGE